## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

|  |  |  |
|---|---|---|
| JOHN L. RUSH, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 3:13cv452-HEH |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## FINAL ORDER
### (Adopting Report and Recommendation of the Magistrate Judge)

This matter is before the Court on the Report and Recommendation of the Magistrate

Judge (R&R) entered on January 28, 2014 (ECF No. 22). The time to file objections has expired

and neither party has objected to the R&R. Having considered the matter and deeming it

otherwise proper and just to do so, it is hereby ORDERED:

(1)   The Report and Recommendation of the Magistrate Judge (ECF No. 22) is
      ACCEPTED and ADOPTED as the OPINION of the Court.

(2)   Defendant's Motion to Dismiss (ECF No. 14) is GRANTED.

(3)   Plaintiff's Complaint (ECF No. 3) is DISMISSED without prejudice.

(4)   This case is CLOSED.

Let the Clerk of the Court send a copy of this Final Order to Plaintiff and all counsel of

record.

It is so ORDERED.

Richmond, Virginia

Date: Feb 21, 2014

/s/
Henry E. Hudson
United States District Judge